BENJAMIN B. WAGNER
United States Attorney
ASHWIN JANAKIRAM
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr-00004-CKD |
| Plaintiff, | ORDER VACATING TRIAL CONFIRMATION HEARING AND JURY TRIAL AND SETTING CHANGE OF PLEA |
| v. | |
| ALFREDO G. RUBALCABA, | Date: April 11, 2013 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

It is hereby ordered that the trial confirmation hearing set for April 11, 2013 at 9:30 a.m. and the jury trial set for May 1-2, 2013 at 9:30 a.m. is VACATED. It is further ordered that a change of plea is set for May 2, 2013, at 9:30 a.m. Time is excluded from today's date through May 2, 2013, under Local Code T4 to allow adequate time for defense preparation. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: April 11, 2013

/s/Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge